IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| KIM WAYNE BURDEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:07-CV-0236 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION AND SUPPLEMENTAL REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. On December 11, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied as petitioner is ineligible for mandatory supervised release. On December 18, 2007, petitioner filed objections to the Report and Recommendation. On July 3, 2008, the United States Magistrate Judge issued a Supplemental Report and Recommendation in this cause, recommending that the objections filed by petitioner be overruled and that the petition for a writ of habeas corpus be denied. On July 15, 2008, petitioner filed objections to the Supplemental Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's December 11, 2007 objections are without merit and are hereby OVERRULED. Petitioner's July 15, 2008 objections are also without merit and are hereby

OVERRULED. The Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation are hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of ____July____ 2008.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE